HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
NOA EVA OREN, CA Bar No. 297100
Assistant Federal Defender
Office of the Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
REGINALD SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REGINALD SMITH,<br><br>Defendant. | Case No. 2:19-cr-00213-JAM<br><br>**STIPULATION TO VACATE TRIAL DATE, SET FOR CHANGE OF PLEA; ORDER**<br><br>Date: May 4, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the trial currently scheduled to begin on June 7, 2021, at 9:30 a.m. be vacated, and that a change of plea be scheduled for May 4, 2021 at 9:30 a.m. before the Honorable John A. Mendez, United States District Judge. The parties will be appearing in person for the hearing. Time has previously been excluded through June 7, 2021. CR 58.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: April 23, 2021                          */s/ Noa Oren*
                                              NOA EVA OREN
                                              Assistant Federal Defenders
                                              Attorneys for Defendant
                                              REGINALD SMITH

|   |   |
|---|---|
| | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| Date: April 23, 2021 | */s/ Mike Beckwith* |
| | MICHAEL BECKWITH |
| | Assistant United States Attorney |

**O R D E R**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the trial currently set for **June 7, 2021** is **VACATED** and a further change of plea hearing is set for **May 4, 2021 at 9:30 a.m.**

Date:  April 23, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE